UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERAMY MICHAEL STEVENS,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF NEVADA, et al.,<br><br>Defendants. | No.  2:23-cv-01830-KJM-CKD (PS)<br><br><br><br>ORDER |

Plaintiff, Jeramy Michael Stevens, proceeds without counsel and seeks relief under 42 U.S.C. § 1983. Plaintiff has filed a motion for an extension of time to file the first amended complaint. (ECF No. 6.) Plaintiff has also filed a motion to participate in electronic case filing. (ECF No. 5.)

"[A]ny person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." See E.D. Cal. L.R. 133(b)(2). Plaintiff states he makes the request due to residing approximately 90 minutes driving distance from the courthouse which makes filing documents in person extremely difficult. (ECF No. 5.) Plaintiff's request for electronic case filing does not provide good cause for deviance from the Local Rule at this time. Thus, the motion to participate in electronic case filing will be denied at the current

1

stage of the case. Plaintiff shall continue to file paper documents with the court through conventional means. Plaintiff is permitted to submit documents for filing to the Clerk of the Court by U.S. mail.

Because plaintiff's request addresses only the filing of documents, it is not clear whether plaintiff is interested in participating in electronic case filing with respect to electronic service of documents. If plaintiff so requests, and if plaintiff consents to receive service of documents electronically and waives the right to receive service by first class mail pursuant to FRCP 5(b)(2)(D), then the Clerk will be directed to configure plaintiff's account so he will receive immediate email notifications when documents are filed in this case.

Plaintiff requests an extension of time of an unspecified amount to file a first amended complaint. Good cause appearing, plaintiff will be granted an extension of time.

In accordance with the above, IT IS ORDERED as follows:

1. Plaintiff's motion for extension of time (ECF No. 6) is granted; plaintiff is granted 45 days from the date of service of this order to file an amended complaint that complies with the requirements of the Federal Rules of Civil Procedure and the Local Rules of Practice; failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

2. Plaintiff's motion to use the Courts CM/ECF Electronic Filing System (ECF No. 5) is denied without prejudice.

Dated:  December 8, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
stev.23cv1830.36ac.ef