1

2

3

4

5

6

7

8                                     UNITED STATES DISTRICT COURT

9                             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      JERAMY MICHAEL STEVENS,                          No.  2:23-cv-01830 KJM CKD (PS)

12                      Plaintiff,

13              v.                                        ORDER

14      COUNTY OF NEVADA, et al.,

15                      Defendants.

16

17          This matter was referred to a United States Magistrate Judge as provided by Local Rule

18      302(c)(21).  On July 1, 2024, the magistrate judge filed findings and recommendations, which

19      contained notice that any objections to the findings and recommendations were to be filed within

20      fourteen days.  *See* F&Rs, ECF No. 14.  Plaintiff filed objections to the findings and

21      recommendations.  *See* Obj., ECF No. 15.  Plaintiff also filed an unauthorized fourth amended

22      complaint, *see* Fourth Am. Compl., ECF No. 16, a motion to amend, *see* Mot., ECF No. 17, and

23      two additional amended complaints, *see* Fifth Am. Compl., ECF No. 18; Sixth Am. Compl., ECF

24      No. 19.

25          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

26      court has conducted a *de novo* review of this case.  Having reviewed the file, including plaintiff's

27      objections, the court finds the findings and recommendations to be supported by the record and

28      by the proper analysis.

                                                        1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed July 1, 2024, *see* ECF No. 14, are adopted in full.

2. This action is dismissed without further leave to amend for failure to state a claim.

3. Plaintiff's motion to amend, *see* ECF No. 17, is denied as moot.

4. The Clerk of Court is directed to close this case.

DATED: October 11, 2024.

_____
UNITED STATES DISTRICT JUDGE